**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE: _____ Case No. _____

**LUGO MILLAN, LUZ** _____ Chapter **13**
<br>Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

---

PLAN DATED: **4/19/2011**      ☐ AMENDED PLAN DATED: _____
☑ PRE ☐ POST-CONFIRMATION      Filed by: ☐ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

| | | | |
|---|---|---|---|
| $ **275.00** x | **12** | = $ | **3,300.00** |
| $ **375.00** x | **48** | = $ | **18,000.00** |
| $ _____ x | _____ | = $ | _____ |
| $ _____ x | _____ | = $ | _____ |
| $ _____ x | _____ | = $ | _____ |

TOTAL: $ **21,300.00**

Additional Payments:
$ **25,000.00** to be paid as a LUMP SUM within **24 months** with proceeds to come from:
☑ Sale of Property identified as follows:
**BO. JACANAS SECTOR CAMBALACHE YAUCO P.R. 00698**

☐ Other:

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ **46,300.00**

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____

B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:

1. ☑ Trustee pays secured ARREARS:
Cr. **BAXTER CREDIT UN**    Cr. _____    Cr. _____
# **704526**    # _____    # _____
$ **7,423.00**    $ _____    $ _____

2. ☑ Trustee pays IN FULL Secured Claims:
Cr. **BCU**    Cr. _____    Cr. _____
# **700832300003099572**    # _____    # _____
$ **29,000.00**    $ _____    $ _____

3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____    Cr. _____    Cr. _____
# _____    # _____    # _____
$ _____    $ _____    $ _____

4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder: _____

5. ☐ Other: _____

6. ☑ Debtor otherwise maintains regular payments directly to:
**BAXTER CREDIT UN**

C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)

D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
☐ Paid 100% / ☐ Other: _____
Cr. _____    Cr. _____    Cr. _____
# _____    # _____    # _____
$ _____    $ _____    $ _____

2. Unsecured Claims otherwise receive PRO-RATA disbursements.

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,674.00**

OTHER PROVISIONS: (*Executory contracts; payment of interest to unsecureds, etc.*)

Signed: **/s/ /S/LUZ LUGO MILLAN**
<br>Debtor

_____
Joint Debtor

Attorney for Debtor **Bufete Santiago & Gonzalez**      Phone: **(787) 267-2205**

CHAPTER 13 PAYMENT PLAN

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only