IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

**Luz LUGO MILLAN**

**Debtors**

**CASE NO.**11-3341  MCF
CHAPTER 13

**MOTION TO  AMENDED SCHEDULES I AND J**

**TO THE HONORABLE COURT:**

      **COME NOW**, **LUZ LUGO MILLAN  ,** Through the undersigned attorney and respectfully avers and prays:

      1- The debtor is submitting amended Schedules I and J to correct income and monthly expenses.

      **WHEREFORE**, the debtors pray that the schedules stand amended pursuant to Rule 1009 (a).

      **Certificate of Service**: I hereby certify that on may 19 ,2011,  I, electronically filed the

foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such

filing to the following:

NYDIA GONZALEZ ORTIZ    sgecf@yahoo.com, attorneysg1@yahoo.com
MONSITA LECAROZ ARRIBAS    ustpregion21.hr.ecf@usdoj.gov
ALEJANDRO OLIVERAS RIVERA    aorecf@ch13sju.com

      and I hereby certify that I have mailed by United States Postal Service the documents to the following non CM/ECF participants as per the attached mailing list.

      In Yauco, Puerto Rico this 19  day of may of   2011.

S/: Nydia Gonzalez Ortiz USDC-PR 124006

Attorney for Debtors

SANTIAGO & GONZALEZ

11Betances St.

Yauco, PR 00698

11-03341-MCF13 LUZ LUGO MILLAN
Case type: bk Chapter: 13 Asset: Yes Vol: v US BANKRUPTCY JUDGE: MILDRED
CABAN FLORES
Date filed: 04/20/2011 Date of last filing: 05/03/2011

Creditors

1FIRSTBANK
PO BOX 9146
SANTURSE, PR 00908-0146        (3206872)
(cr)
BANCO SANTANDER
PO BOX 195369
SAN JUAN, PR 00919        (3206873)
(cr)
BANCO POPULAR
PO BOX 362708
SAN JUAN, PR 00936-2708        (3206874)
(cr)
BANCO POPULAR DE PUERTO RICO
BANKRUPTCY DEPARTMENT
PO BOX 366818
SAN JUAN PR 00936-6818  (3216296)
(cr)
BANK OF AMERICA
726 EXCHANGE STREET
SUITE 700
BUFFALO, NY 14210        (3206875)
(cr)
BAXTER CREDIT UNION
PO BOX 1128
SAN JUAN, PR 00978        (3206876)
(cr)
BCU
RR-2 BOX 4524 STE .7
ANASCO, PR 00610        (3206877)
(cr)
CITI BANK
P.O. Box 183082
COLUMBUS, OH 43218        (3206878)
(cr)
CLARO
PO BOX 70366
SAN JUAN, PR 00936        (3206879)
(cr)
FIA Card Services, NA as successor in interest to
Bank of America NA and MBNA America Bank
PO Box 15102
Wilmington, DE 19886-5102        (3218762)
(cr)
GS SERVICES LIMITED PARTNERSHIP

PO BOX 47455
JACKSONVILLE, FL 32247-1776   (3206880)
(cr)
ISLAND FINANCE
PO BOX 71504
SAN JUAN, PR 00936        (3206881)
(cr)
LCDA. BLANCA R VALENTIN
RR2 BUZON 4524
SUITE 8
ANASCO, PR 00610          (3206882)
(cr)
SANTANDER FINANCIAL D/B/A ISLAND FINANCE
PO BOX 195369
SAN JUAN PR 00919-5369   (3211164)
(cr)
SEARS
PO BOX 183081
COLUMBUS, OH 43218        (3206883)
(cr)
YAUCOOOP
PO BOX 3010
YAUCO, PR 00698    (3206884)
(cr)

IN RE **LUGO MILLAN, LUZ**                                    Case No. **11-03341-13**
_____          _____
Debtor(s)                                                      (If known)

## AMENDED SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on From 22A, 22B, or 22C.

| Debtor's Marital Status | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| **Single** | RELATIONSHIP(S): | | AGE(S): |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **SERVICIOS PROFESIONALES** | |
| Name of Employer | **PR CABLE  ACQUISITION CO.** | |
| How long employed | | |
| Address of Employer | **PO BOX  204** | |
| | **MERCEDITA, PR  00715** | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] • Forms Software Only

**INCOME:** (Estimate of average or projected monthly income at time case filed)

| | DEBTOR | SPOUSE |
|---|---|---|
| 1. Current monthly gross wages, salary, and commissions (prorate if not paid monthly) | $ 294.83 | $ |
| 2. Estimated monthly overtime | $ | $ |
| **3. SUBTOTAL** | $ 294.83 | $ |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and Social Security | $ 19.34 | $ |
| b. Insurance | $ | $ |
| c. Union dues | $ | $ |
| d. Other (specify) _____ | $ | $ |
| | $ | $ |
| **5. SUBTOTAL OF PAYROLL DEDUCTIONS** | $ 19.34 | $ |
| **6. TOTAL NET MONTHLY TAKE HOME PAY** | $ 275.49 | $ |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | $ | $ |
| 8. Income from real property | $ | $ |
| 9. Interest and dividends | $ | $ |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | $ |
| 11. Social Security or other government assistance | | |
| (Specify) _____ | $ | $ |
| | $ | $ |
| 12. Pension or retirement income | $ | $ |
| 13. Other monthly income | | |
| (Specify) **SERVICIOS  PROFESIONALES** _____ | $ 500.00 | $ |
| | $ | $ |
| | $ | $ |
| **14. SUBTOTAL OF LINES 7 THROUGH 13** | $ 500.00 | $ |
| **15. AVERAGE MONTHLY INCOME** (Add amounts shown on lines 6 and 14) | $ 775.49 | $ |

| **16. COMBINED AVERAGE MONTHLY INCOME:** (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15) | $ **775.49** |
|---|---|

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**None**

IN RE **LUGO MILLAN, LUZ**        Case No. **11-03341-13**
Debtor(s)           (If known)

# AMENDED SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ |
|     a. Are real estate taxes included?   Yes _____ No ✓ | |
|     b. Is property insurance included?   Yes _____ No ✓ | |
| 2. Utilities: | |
|     a. Electricity and heating fuel | $ 50.92 |
|     b. Water and sewer | $ 20.57 |
|     c. Telephone | $ |
|     d. Other _____ | $ |
| | $ |
| 3. Home maintenance (repairs and upkeep) | $ 20.00 |
| 4. Food | $ 200.00 |
| 5. Clothing | $ 50.00 |
| 6. Laundry and dry cleaning | $ |
| 7. Medical and dental expenses | $ 29.00 |
| 8. Transportation (not including car payments) | $ 100.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 20.00 |
| 10. Charitable contributions | $ 10.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|     a. Homeowner's or renter's | $ |
|     b. Life | $ |
|     c. Health | $ |
|     d. Auto | $ |
|     e. Other _____ | $ |
| | $ |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | |
|     (Specify) _____ | $ |
| | $ |
| 13. Installment payments: (in chapter 11, 12 and 13 cases, do not list payments to be included in the plan) | |
|     a. Auto | $ |
|     b. Other _____ | $ |
| | $ |
| 14. Alimony, maintenance, and support paid to others | $ |
| 15. Payments for support of additional dependents not living at your home | $ |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ |
| 17. Other _____ | $ |
| | $ |
| | $ |

**18. AVERAGE MONTHLY EXPENSES** (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.     **$ 500.49**

19. Describe any increase or decrease in expenditures anticipated to occur within the year following the filing of this document:
**None**

## 20. STATEMENT OF MONTHLY NET INCOME

| | |
|---|---:|
|     a. Average monthly income from Line 15 of Schedule I | $ 775.49 |
|     b. Average monthly expenses from Line 18 above | $ 500.49 |
|     c. Monthly net income (a. minus b.) | $ 275.00 |

© 1993-2011 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

**IN RE LUGO MILLAN, LUZ**          Case No. **11-03341-13**

                 Debtor(s)                                                    (If known)

## AMENDED DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ **16** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **May 19, 2011**        Signature: **/s/ /S/LUZ LUGO MILLAN**

                                        **/S/LUZ LUGO MILLAN**                                    Debtor

Date: _____     Signature: _____

                                                               (Joint Debtor, if any)

                                               [If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____          _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer        Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____
Address

_____          _____
Signature of Bankruptcy Petition Preparer                          Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____     Signature: _____

                                                     (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

© 1993-2011 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only